IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Bruce Frazier

02-CV-1472
District Court Docket Number

vs.

Supt. Jeffrey Beard, et al

Notice of Appeal Filed 1/6/06
Court Reporter(s)/ESR Operator(s) N/A

Filing Fee:
Notice of Appeal _X_ Paid __Not Paid __Seaman
Docket Fee _X_ Paid __Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed In Forma Pauperis status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
_X_Denied
__Pending

Defendant's Address (for criminal appeals)

______________________________
______________________________
______________________________

Prepared by :______________________
Fernando Benitez, Jr.
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm