BLD-324 July 11, 2013

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **13-2940**

02-1472

In re: BRUCE FRAZIER, Petitioner

Present: HARDIMAN, GREENAWAY, JR. and SCIRICA, Circuit Judges

Submitted is Petitioner's application pursuant to 28 U.S.C. § 2244 to file a second or successive petition under 28 U.S.C. §2254

in the above-captioned case.

Respectfully,

Clerk

MMW/JMM/smw

ORDER

The foregoing application pursuant to 28 U.S.C. § 2244 to file a second or successive 28 U.S.C. § 2254 petition is denied. Petitioner has not satisfied the requirements for obtaining authorization to file a second or successive § 2254 petition because he has not shown that he relies on either "a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable," 28 U.S.C. § 2244(b)(2)(A), or newly discovered evidence that "could not have been discovered previously through the exercise of due diligence," and which demonstrates his actual innocence by clear and convincing evidence. 28 U.S.C. § 2244(b)(2)(B). In particular, Petitioner's reliance on Miller v. Alabama, 132 S. Ct. 2455 (2012), is misplaced, as that case is applicable only to juvenile offenders ("those under

the age of 18 at the time of their crimes") who were sentenced to mandatory life without parole, id. at 2460, and Petitioner was not a juvenile at the time of his crime.

By the Court,

/s/ Joseph A. Greenaway, Jr.
Circuit Judge

Dated: August 7, 2013
tmk/cc: Bruce Frazier
District Attorney Philadelphia

**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.